# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR369 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| EDGAR MARROQUIN, ROBERTO JIMINEZ, and JESUS LOPEZ, | ) | |
| Defendants. | ) | |

This matter is before the Court on the government's motion to dismiss (Filing No. 123). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment without prejudice against the above-named Defendant.

IT IS ORDERED that the government's motion to dismiss (Filing No. 123) is granted.

DATED this 22nd day of August, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge